01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                     AT SEATTLE

08  ERIC R. TOWNSEL,                          )   CASE NO. C07-0482-JLR-MAT
                                              )
09          Plaintiff,                        )
                                              )
10      v.                                    )   ORDER RE: PLAINTIFF'S MOTION
                                              )   TO AMEND COMPLAINT
11  KEN QUINN, et al.,                        )
                                              )
12          Defendants.                       )
    _____  )
13

14          This is a civil rights action brought under 42 U.S.C. § 1983.  Plaintiff has filed a motion

15  to amend his complaint.  Plaintiff's motion to amend is accompanied by seventeen separate

16  proposed amended complaints, a declaration in support of his motion to amend, and some

17  grievance forms that are apparently intended as exhibits.  Defendants have filed a motion seeking

18  an extension of time to respond to plaintiff's voluminous amended complaint.  Also pending before

19  the Court at the present time is defendants' motion to dismiss plaintiff's complaint.

20  Defendants' argue in their motion to dismiss that plaintiff fails to allege in his complaint any

21  violation of a federal constitutional right by any of the named defendants.  They further argue that

22  if plaintiff were to have any claim it would be one of negligence which is insufficient to state a

ORDER RE: PLAINTIFF'S MOTION
TO AMEND COMPLAINT
PAGE -1

01  constitutional violation.

02       In fact, plaintiff does not specifically allege any federal constitutional violation in his

03  original civil rights complaint, nor does he allege in his original complaint sufficient facts to clearly

04  demonstrate that the conduct of defendants violated any federally protected right.  A review of the

05  papers submitted by plaintiff in conjunction with his motion to amend suggest that plaintiff,

06  through amendment, may be able to correct some of the deficiencies identified by defendants' in

07  their motion to dismiss and/or to present cognizable claims which are sufficiently related to

08  plaintiff's original claims to warrant inclusion in the instant action.  However, the Court will not

09  consider plaintiff's motion to amend his complaint until he presents the Court with a proper

10  proposed amended complaint.

11       As noted above, plaintiff has submitted to the Court seventeen separate complaint forms.

12  Each complaint form sets forth, in a conclusory fashion, plaintiff's allegations against a single

13  defendant.  The specific facts which would appear to support the allegations contained in the

14  various complaint forms are set forth in plaintiff's declaration.  If plaintiff wishes to have the Court

15  consider his motion to amend, he must submit to the Court, in a single document, a proposed

16  amended complaint which sets forth all of his claims against all of the intended defendants.

17       Accordingly, the Court does hereby find and ORDER as follows:

18       (1)    Plaintiff shall file and serve, not later than *October 15, 2007*, a proper proposed

19  amended complaint.

20       (2)    Plaintiff should keep the following principles in mind in preparing his proposed

21  amended complaint:

22       (a)    In order to sustain a civil rights action, a plaintiff must show (1) that he suffered

ORDER RE: PLAINTIFF'S MOTION
TO AMEND COMPLAINT
PAGE -2

01  a violation of rights protected by the Constitution or created by federal statute, and (2) that the

02  violation was proximately caused by a person acting under color of state or federal law.   *See*

03  *Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991).  To satisfy the second prong, a plaintiff

04  must allege facts showing how individually named defendants caused or personally participated

05  in causing the harm alleged in the complaint.  *See Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir.

06  1981).  Thus, in order to adequately allege a cause of action, plaintiff must clearly identify each

07  intended defendant, he must specifically allege the federal constitutional right he believes was

08  violated by each defendant, and he must set forth specific facts which support each claimed

09  violation.  All intended defendants must be *clearly* identified both in the caption of the complaint

10  and in the body of the complaint.

11       (b)     A defendant cannot be held liable solely on the basis of supervisory responsibility

12  or position.  *Monell v. Department of Social Servs., of City of New York*, 436 U.S. 658, 691-694

13  (1978).  Rather, a plaintiff must allege that a defendant's own conduct violated the plaintiff's civil

14  rights.  *City of Canton, Ohio v. Harris*, 489 U.S. 378, 385-90 (1989).  Thus, as to the supervisory

15  officials identified by plaintiff, plaintiff must allege specific facts demonstrating that these

16  individuals personally participated in causing him harm of constitutional dimension.

17       (3)     Plaintiff's motion to amend his complaint (Dkt. No. 38) is RE-NOTED on the

18  Court's calendar for consideration on ***November 2, 2007***.  Defendants shall file a response to

19  plaintiff's motion to amend not later than ***October 29, 2007***.  Plaintiff may file any reply brief in

20  support of his motion to amend not later than ***November 2, 2007***.  Should plaintiff fail to timely

21  file a proposed amended complaint, the Court will deny plaintiff's motion to amend and will

22  proceed to issue its ruling on defendants' motion to dismiss.

ORDER RE: PLAINTIFF'S MOTION
TO AMEND COMPLAINT
PAGE -3

01       (4)      Defendants' motion to dismiss (Dkt. No. 26) is RE-NOTED for consideration on

02 *November 2, 2007*.

03       (5)      Defendants' motion for an extension of time to file a response to plaintiff's motion

04 to amend (Dkt. No. 39) is STRICKEN as moot.

05       (6)      The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and

06 to the Honorable James L. Robart.

07       DATED this <u>14th</u> day of September, 2007.

08

09                                                   _____
                                                     Mary Alice Theiler
10                                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: PLAINTIFF'S MOTION
TO AMEND COMPLAINT
PAGE -4