```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        OCT 1 2 2007
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
  BY                      DEPUTY
```

07-CV-00482-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ERIC R. TOWNSEL, | ) | CASE NO. C07-0482-JLR-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| KEN QUINN, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. No. 23) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 12th day of October, 2007.

JAMES L. ROBART
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTIVE RELIEF
PAGE -1