FILED \_\_\_\_ ENTERED
LODGED \_\_\_\_ RECEIVED

MAR 7 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00482-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ERIC R. TOWNSEL, | ) | CASE NO. C07-0482-JLR-MAT |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANTS' |
| v. | ) | MOTION TO DISMISS AND |
| | ) | GRANTING IN PART AND |
| KEN QUINN, et al., | ) | DENYING IN PART PLAINTIFF'S |
| | ) | MOTION FOR LEAVE TO AMEND |
| Defendants. | ) | COMPLAINT |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion to dismiss, plaintiff's motion to amend, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to dismiss (Dkt. No. 26) is GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED with prejudice as to defendants Quinn, Kucza, Bustanaby, Carmody and Bratten;

(4) Plaintiff's motion to amend his complaint (Dkt. No. 50) is GRANTED in part and

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS
PAGE -1

DENIED in part. Specifically, plaintiff's motion to amend is granted with respect to plaintiff's claims against P.A. King which pertain to plaintiff's hip injury and with respect to plaintiff's claims against Dr. Munk which pertain to the post-surgical care provided to plaintiff for his hand injury. Plaintiff's motion to amend is denied in all other respects; and

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 7th day of March, 2008.

_____
JAMES L. ROBART
United States District Judge