UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC R. TOWNSEL, | ) CASE NO. C07-0482-JLR-MAT |
| | ) |
| Plaintiff, | ) |
| | ) ORDER RE: PLAINTIFF'S PENDING |
| v. | ) MOTIONS TO ADMIT ADDRESSES |
| | ) AND TO GRANT RELIEF FROM |
| KEN QUINN, et al., | ) PRIOR ORDER OF DISMISSAL |
| | ) |
| Defendants. | ) |
| _____ | ) |

This is a civil rights action brought under 42 U.S.C. § 1983. Currently pending are plaintiff's motions to admit into the record the addresses of the two defendants who remain in this action, and to grant relief from the prior order of the Court dismissing defendants from this action. The Court, having reviewed these motions, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion to admit into the record the addresses of the two defendants who remain in this action (Dkt. No. 105) is GRANTED. The Court, in conjunction with this Order, will issue an Order directing service on these two individuals.

(2) Plaintiff's motion for relief from the Court's prior order dismissing defendants from

01 this action (Dkt. No. 108) is DENIED. Plaintiff, by way of the instant motion, seeks relief under

02 Fed. R. Civ. P. 60(b) from the Court's prior order dismissing certain defendants from this action

03 on the grounds that he now has documents in his possession which establish the liability of those

04 individuals. Plaintiff complains that this Court has refused to allow him to enter these newly

05 discovered documents into the record.

06       On May 20, 2008, this Court did, in fact, issue an Order denying plaintiff leave to admit

07 into the record documents which he believed would establish the liability of defendants who had

08 previously been dismissed from this action. (*See* Dkt. No. 101). The Court explained in its Order

09 that it would serve no purpose to admit such documents given that the claims against the

10 defendants in question had been dismissed with prejudice. (*Id*. a 1-2.) The Court has now

11 reviewed the documents previously submitted by plaintiff in light of his instant motion for relief

12 under Fed. Rule Civ. P. 60(b) and concludes that those documents in no way undermine the

13 validity of the Court's prior order of dismissal because, contrary to plaintiff's assertions, those

14 documents do not establish the liability of any of the previously dismissed defendants.

15     (3)    The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and

16 to the Honorable James L. Robart.

17       DATED this <u>8th</u> day of July, 2008.

19                              Mary Alice Theiler
                             United States Magistrate Judge