UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ERIC R. TOWNSEL, | ) | CASE NO. C07-0482-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| v. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO COMPLETE DISCOVERY |
| KEN QUINN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on plaintiff's motion for an extension of time to complete discovery. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion for an extension of time to complete discovery (Dkt. No. 129) is DENIED. Plaintiff, by way of the instant motion, seeks an extension of the discovery deadline which was established in this Court's August 22, 2008, pretrial scheduling order. The discovery deadline currently is December 1, 2008. Plaintiff asserts in his motion that because of a lock-down at his current place of incarceration, the Washington State Penitentiary, he will not be able to complete discovery by this date. At this juncture, there is still a substantial amount of time

ORDER DENYING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO COMPLETE DISCOVERY
PAGE -1

remaining for plaintiff to conduct discovery. Plaintiff gives no indication in his motion as to the type or the extent of the discovery he intends to undertake. Plaintiff has simply not persuaded the Court that an extension of the discovery deadline is warranted at this juncture.

(2) The Clerk is further directed to mail copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James L. Robart.

DATED this 10th day of October, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge