UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ERIC R. TOWNSEL, | ) | CASE NO. C07-0482-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: PLAINTIFF'S |
| v. | ) | PENDING MOTIONS |
| | ) | |
| ANDRES MUNK, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On the same date as this Order, this Court issued a Report and Recommendation recommending that Dr. Munk's motion for summary judgment be granted and that plaintiff's cross-motion for summary judgment be denied. Seven additional pending motions will now be addressed. The Court has reviewed plaintiff's motions and does hereby ORDER as follows:

(1) Plaintiff's motion for an extension of time to file a response to Dr. Munk's motion for summary judgment (Dkt. No. 145) is GRANTED. Plaintiff's response to Dr. Munk's motion for summary judgment/cross-motion for summary judgment was received on January 5, 2009, and was made a part of the record.

ORDER RE: PLAINTIFF'S
PENDING MOTIONS
PAGE -1

(2) Plaintiff's motion to compel discovery from Mr. Quinn, Mr. Kucza, Mr. Bustanoby, and Mr. Bratten (Dkt. No. 136) is DENIED. Plaintiff does not describe in his motion what discovery he is seeking from these individuals. Moreover, it appears unlikely that any additional materials obtained from these individuals, who are all employees of the Washington Department of Corrections, would alter this Court's recommendation with respect to the pending cross-motions for summary judgment.

(3) Plaintiff's motion to compel discovery from Dr. Munk (Dkt. No. 137) is DENIED. The record reflects that Dr. Munk supplemented the discovery responses which are the subject of plaintiff's motion to compel. Accordingly, plaintiff's motion to compel discovery from Dr. Munk is now moot.

(4) Plaintiff's motions to compel discovery from Patti Lee, Valley General Hospital, and the Evergreen Orthopedic Clinic (Dkt. No. 139) are DENIED. It does not appear that the subpoenas seeking the discovery at issue here were properly served in accordance with Fed. R. Civ. P. 45(b)(1). Moreoever, it appears unlikely that any additional materials obtained by way of these outstanding discovery requests would alter this Court's recommendation with respect to the pending cross-motions for summary judgment.

(5) Plaintiff's motion to hold Dr. Munk in contempt (Dkt. No. 152) is DENIED. Plaintiff seeks to have Dr. Munk held in contempt of court pursuant to Fed. R. Civ. P. 56(g) because the sworn affidavit submitted by Dr. Munk in support of his motion for summary judgment was, according to plaintiff, submitted in bad faith. Plaintiff asserts that Dr. Munk and his counsel, by way of the challenged affidavit, are attempting to defraud the court. Plaintiff further asserts that his own sworn testimony together with the verifiable medical records

01 demonstrate Dr. Munk's deception. In fact, plaintiff offers no evidence that any portion of Dr.
02 Munk's affidavit is knowingly false or that it was submitted for any improper purpose.
03 Accordingly, there is no basis on which to hold Dr. Munk in contempt.
04    (6) The Clerk shall send copies of this Order to plaintiff, to counsel for Dr. Munk, and
05 to the Honorable James L. Robart.
06    DATED this 11th day of February, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge