___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 13 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00482-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC R. TOWNSEL,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES MUNK, M.D.,<br><br>Defendant. | CASE NO. C07-0482-JLR<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended civil rights complaint, Dr. Andres Munk's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, *Objections to the Report & Recomndn (Dkt 162)* and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Dr. Munk's motion for summary judgment (Dkt. No. 140) is GRANTED;

(3)   Plaintiff's cross-motion for summary judgment (Dkt. No. 150) is DENIED;

(4)   Plaintiff's amended complaint and this action are DISMISSED with prejudice as to Dr. Munk; and

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1

01  (5)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for Dr.
02  Munk, and to the Honorable Mary Alice Theiler.
03  DATED this 13th day of March, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -2